IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | MDL Docket No. 4:03CV1507-WRW |
| | : | |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | |
| | : | All Cases in Exhibit A |

## ORDER

This Order applies to every newly transferred West Virginia case that was filed by the Calwell Practice, PLLC. The cases are listed in Exhibit A.

Since December, I've entered over 1,000 orders dismissing Defendants in cases filed by the Calwell Practice. It appears that in many of the cases the dismissed Defendants should not have been sued. Since the end to filing these dismissals does not appear to be in sight, I've come up with a remedy.

The parties are directed to "meet and confer" to determine which Defendants should be in each case. **After "meeting and conferring," Plaintiffs must file amended complaints removing all unnecessary Defendants (without further leave from the Court) by 5 p.m., Tuesday, March 31, 2009.** The first paragraph of each amended complaint must set out which Defendant(s) are dismissed based on the Amended Complaint.

If, at a later time, additional motions to dismiss are filed, and it appears that the Defendants should not have been named in the Amended Complaint, I may well impose sanctions.

IT IS SO ORDERED this 30th day of January, 2009.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE

1

**Exhibit A**

| | |
|---|---|
| Ruby Ables and Dillard Ables, | 4:08-cv-3621 |
| Louise Adams and Wesley Adams, | 4:08-cv-3622 |
| Alta Adkins, | 4:08-cv-3634 |
| Carole Adkins and Gilbert Adkins, | 4:08-cv-3624 |
| Carolyn Adkins and Walter S. Donat, | 4:08-cv-3625 |
| | |
| Ethel Adkins and Earl Adkins, | 4:08-cv-3626 |
| Franklin Adkins, Executor of the Estate of Bonnie Adkins, Deceased, | 4:08-cv-3627 |
| Mamie Adkins and Harry Adkins, | 4:08-cv-3628 |
| Regina Adkins and Paul Adkins, | 4:08-cv-3629 |
| Clara Allport | 4:08-cv-3630 |
| | |
| Bonnie Alvarran and John Alvarran, | 4:08-cv-3631 |
| Delores Ambro and Carl Ambro, | 4:08-cv-3632 |
| Juanita Anderson and Ernest D. Anderson, | 4:08-cv-3633 |
| Canzaza Arkle and Lawrence Arkle, | 4:08-cv-3623 |
| Cynthia Armstrong and Larence, | 4:08-cv-3635 |
| | |
| Betty Arthur and Fred Arthur, Jr., | 4:08-cv-3636 |
| Judy Asbury and Jerry K. Asbury, | 4:08-cv-3637 |
| Minta Ash and Carroll Ash, | 4:08-cv-3638 |
| Thelma Atkins and Freddie Atkins, | 4:08-cv-3639 |
| Brenda Bailey and Richard Bailey, | 4:08-cv-3640 |
| | |
| Sonja Barnett and Bobby D. Barnett, | 4:08-cv-3642 |
| Brenda Bates and Thomas Bates, | 4:08-cv-3643 |
| Norma Beale, | 4:08-cv-3644 |
| Connie Beford and Mark Beford, | 4:08-cv-3645 |
| Delores Belcher and Clarence Belcher, | 4:08-cv-3646 |
| | |
| Gloria Bias, | 4:08-cv-3647 |
| Gwendolyn Bias and Fred Bias, | 4:08-cv-3648 |
| Janie Lea Wood Bifano and Daniel Bifano, | 4:08-cv-3716 |
| Barbara Black, | 4:08-cv-3649 |
| Mary Blizzard and Roy Blizzard, | 4:08-cv-3650 |
| | |
| Frances Bolen and Harry Bolen, | 4:08-cv-3651 |
| Betty Bonner, | 4:08-cv-3652 |
| Dovie Bosher, | 4:08-cv-3653 |
| Drema Bousheley and Jack J. Bousheley, | 4:08-cv-3654 |
| Phyllis Bowcott and John Bowcott, | 4:08-cv-3655 |
| | |
| Janit Bowen and Charley Bowen, | 4:08-cv-3656 |
| Evelyn Bower, | 4:08-cv-3657 |
| Pearl Fulkes-bowles and Ralph Bowles, | 4:08-cv-3658 |
| Hazel Brenneman, | 4:08-cv-3659 |
| Celesta Bridwell, | 4:08-cv-3660 |

| | |
|---|---|
| Wilma Brooks and Jerry Brooks, Sr., | 4:08-cv-3661 |
| Carol Brown and Paul E. Brown, | 4:08-cv-3662 |
| Freda Brown and Larry R. Brown, | 4:08-cv-3663 |
| Tommy Brown, Administrator of the Estate of Brenda Brown, | 4:08-cv-3669 |
| Albert Browning, Administratrix of the Estate of June Browning, | 4:08-cv-3667 |
| | |
| Carolyn Brownlee, | 4:08-cv-3670 |
| Laura Bryant and Gary L. Bryant, | 4:08-cv-3673 |
| Laura Bunnell, | 4:08-cv-3675 |
| Jeanette Burns and John Burns, | 4:08-cv-3674 |
| Patricia Burress, | 4:08-cv-3676 |
| | |
| Sharon Burton and Donald Burton, | 4:08-cv-3677 |
| Norma Cagigas and Harold Cagigas, | 4:08-cv-3678 |
| Linda Caleffie and Charles Caleffie, | 4:08-cv-3679 |
| Colleen Campbell, | 4:08-cv-3680 |
| Judith Campbell, | 4:08-cv-3681 |
| | |
| Viola Capito and Herman F. Capito, | 4:08-cv-3682 |
| Janet Carder and Roger L. Carder, | 4:08-cv-3683 |
| Dorothy Carpenter and John D. Carpenter, | 4:08-cv-3684 |
| Eleanor Carpenter and Wilbert P. Carpenter, | 4:08-cv-3685 |
| Carolyn Carper and Michael Carper, | 4:08-cv-3686 |
| | |
| The Estate of Betty Carter, | 4:08-cv-3687 |
| The Estate of Connie Carter, | 4:08-cv-3688 |
| Linda Carter and Melvin Carter, | 4:08-cv-3690 |
| Nellie Carter, | 4:08-cv-3689 |
| Patty Carter, | 4:08-cv-3691 |
| | |
| Linda Casdorph and Paul D. Casdorph, | 4:08-cv-3692 |
| Janet Ann Caudill, | 4:08-cv-3693 |
| The Estate of Janet F. Caudill, | 4:08-cv-3694 |
| Dollie Cavender, | 4:08-cv-3695 |
| Rita Cavins and John Cavins, | 4:08-cv-3696 |
| | |
| Patricia Chandler and Jerry W. Chandler, | 4:08-cv-3697 |
| Clarice Chapman, | 4:08-cv-3698 |
| Janet Chapman, | 4:08-cv-3700 |
| Betty Charles and Roger L. Charles, | 4:08-cv-3701 |
| Geraldine Chavis, | 4:08-cv-3702 |
| | |
| Roberta Childress and Ross Childress, | 4:08-cv-3703 |
| Wilma Church and Jerry Church, | 4:08-cv-3704 |
| Tena Clay, | 4:08-cv-3705 |
| Joyce Clemons and Oather Clemons, | 4:08-cv-3706 |
| Barbara Cobb, | 4:08-cv-3707 |

| | |
|---|---|
| Norma Cole and William Cole, | 4:08-cv-3708 |
| Wanda Colebank and Donald Colebank, | 4:08-cv-3710 |
| Catherine Coleman, | 4:08-cv-3709 |
| Gloria Collias, | 4:08-cv-3711 |
| Dorothy Comer and Kenneth Comer, | 4:08-cv-3712 |
| | |
| Margaret Comstock, | 4:08-cv-3714 |
| Anna Compton, | 4:08-cv-3713 |
| Mary Conley, | 4:08-cv-3715 |
| Linda Conner and Paul Conner, | 4:08-cv-3717 |
| Billy Cook, Executrix of the Estate of Jeanette Price, | 4:08-cv-3718 |
| | |
| Carolyn Cook, Executrix of the Estate of Willadene Miller, | 4:08-cv-3719 |
| Joycelyn Cook, | 4:08-cv-3720 |
| Andrea Copley and Larry Copley, | 4:08-cv-3721 |
| Colleen Copley and Lat D. Copley, | 4:08-cv-3722 |
| Nancy Cornell, | 4:08-cv-3723 |
| | |
| Julie Coulter, | 4:08-cv-3724 |
| Marilyn Counts, | 4:08-cv-3725 |
| Mary Crance and Melvin F. Crance, | 4:08-cv-3726 |
| Marjorie Cremeans and Jacklee Cremeans, | 4:08-cv-3727 |
| Geneva Cumbridge, | 4:08-cv-3728 |
| | |
| Mary Curry, | 4:08-cv-3729 |
| Betty Curtis and Wade Curtis, | 4:08-cv-3730 |
| Donna Day and Frank Day, Jr., | 4:08-cv-3731 |
| Shirley Day, | 4:08-cv-3732 |
| Donna Dean, | 4:08-cv-3733 |
| | |
| Arizona Deknight, | 4:08-cv-3734 |
| Debra Delp and Robert Delp, | 4:08-cv-3735 |
| Rebecca Dennison and Kenneth R. Dennison, | 4:08-cv-3736 |
| Doris Deskins and Robert Deskins, | 4:08-cv-3737 |
| Sherry Deskins and Michael Deskins, | 4:08-cv-3738 |
| | |
| Patricia Dienes and Allan Dienes, | 4:08-cv-3739 |
| Georgia Dingess, | 4:08-cv-3740 |
| Patricia Doczi and Joseph Doczi, | 4:08-cv-3741 |
| Blodwyn Doerfler and Judson Doerfler, | 4:08-cv-3620 |
| Eleanor Dotson and Ronald R. Dotson, | 4:08-cv-3742 |
| | |
| Lucinda Douglas and John Michael Douglas, | 4:08-cv-3743 |
| Patsy Duffey, | 4:08-cv-3745 |
| Patty Duffield and Charles Duffield, | 4:08-cv-3744 |
| Nerva Durham and James Durham, | 4:08-cv-3747 |
| Sandra Eads, | 4:08-cv-3746 |

| | |
|---|---|
| Norma Earl, | 4:08-cv-3748 |
| Karen Edwards, | 4:08-cv-3750 |
| Patricia Enrietti and Leonard M. Enrietti, | 4:08-cv-3753 |
| Irene Ervin, | 4:08-cv-3751 |
| Beverly Evans, | 4:08-cv-3752 |
| | |
| Inas Evans, | 4:08-cv-3757 |
| The Estate of Beulah Facemire, | 4:08-cv-3756 |
| Janice Farris and John Farris, | 4:08-cv-3754 |
| Nilia Fauber and James Fauber, | 4:08-cv-3755 |
| Rosa Finley, | 4:08-cv-3758 |
| | |
| Barbara Fisher, | 4:08-cv-3759 |
| Georgia Fisher and Dave Fisher | 4:08-cv-3761 |
| Velma Fisher, | 4:08-cv-3762 |
| Martha Fleming, | 4:08-cv-3763 |
| Hazel Forbes, | 4:08-cv-3764 |
| | |
| Alice Frady and Ronald H. Frady, | 4:08-cv-3765 |
| Janet Fenner Frame, Executrix of the Estate of Loretta Fenner, | 4:08-cv-3766 |
| Ruby Frye and Willard Frye, | 4:08-cv-3767 |
| Carolyn Furman and Guy Furman, | 4:08-cv-3768 |
| Rae Gandee, | 4:08-cv-3769 |
| | |
| Toney Garrison, | 4:08-cv-3770 |
| Esther Gibbs and Allen Gibbs, | 4:08-cv-3771 |
| Betty Gill, | 4:08-cv-3773 |
| John Ginn, Executor of the Estate of Helen Ginn, | 4:08-cv-3772 |
| Karen Givens and Gary Givens, | 4:08-cv-3774 |
| | |
| Sandra Godwin and Wayne Godwin, | 4:08-cv-3775 |
| Betty Good and Charles Good, | 4:08-cv-3776 |
| Lorraine Goodman and Bill Goodman, | 4:08-cv-3777 |
| Kathryn Gould and Raymond Gould, | 4:08-cv-3778 |
| Anna Graham, | 4:08-cv-3779 |
| | |
| Audrey Graham, | 4:08-cv-3780 |
| Patricia Granato and Charles Granato, | 4:08-cv-3781 |
| Mary Gray and Earl Gray, | 4:08-cv-3782 |
| Geraldine Green and James Green, | 4:08-cv-3783 |
| Jacqueline Green and Preston Green, | 4:08-cv-3784 |
| | |
| Phyllis Green and James Green, | 4:08-cv-3785 |
| Rhita Grim and E. Thomas Grim, | 4:08-cv-3786 |
| Martha Haga and Robert Haga, | 4:08-cv-3787 |
| Janice Hager, | 4:08-cv-3789 |
| Eileen Haislop, | 4:08-cv-3790 |

| | |
|---|---|
| Shirley Hale, | 4:08-cv-3792 |
| Gayle Hamon and Donald Hamon, | 4:08-cv-3793 |
| Dorothy Hardy, | 4:08-cv-3794 |
| Nancy Hardy and Leroy Hardy, | 4:08-cv-3795 |
| Julia Harford, | 4:08-cv-3800 |
| | |
| Mary Harless and Edsel B. Harless, | 4:08-cv-3796 |
| Patricia Harman and John Harman, | 4:08-cv-3797 |
| Karen Harper, | 4:08-cv-3798 |
| Phyllis Harris, | 4:08-cv-3799 |
| Sharon Hartley and Henry Martin Hartley, | 4:08-cv-3801 |
| | |
| Jacqueline Hatfield and James Hatfield, | 4:08-cv-3802 |
| Zelda Hatten and Dale Hatten, | 4:08-cv-3803 |
| Martha Hayden and James Ray Hayden, | 4:08-cv-3804 |
| Josephine Haynes and Dennis L. Haynes, | 4:08-cv-3805 |
| Drema Henrich, | 4:08-cv-3806 |
| | |
| Frances Henson and Joseph F. Henson, | 4:08-cv-3807 |
| Dorothy Hiner, | 4:08-cv-3808 |
| Lawrence Hinkle, Administrator of the Estate of Lila Hinkle, | 4:08-cv-3814 |
| Margaret Hoffman and Harry Hoffman, | 4:08-cv-3810 |
| Mary Holstein and James Holstein, | 4:08-cv-3815 |
| | |
| Arita Hooser, | 4:08-cv-3816 |
| Anna Hubbard and Richard A. Hubbard, | 4:08-cv-3830 |
| Barbara Hubbard and Larry Hubbard, | 4:08-cv-3831 |
| Donna Huffman and Phillip Huffman, | 4:08-cv-3832 |
| Nancy Humphreys, | 4:08-cv-3833 |
| | |
| Josephine Hurley, | 4:08-cv-3834 |
| Gallie Isaac, Jr., Executor of the Estate of Jean Isaac, | 4:08-cv-3835 |
| Charlene Jackson, | 4:08-cv-3836 |
| Carolyn James and Carl James, | 4:08-cv-3837 |
| Juanita Jarrell and David E. Jarrell, | 4:08-cv-3838 |
| | |
| Macie Jarrell and Ralph Ray Jarrell, | 4:08-cv-3841 |
| Rita Javins and Charles D. Javins, | 4:08-cv-3839 |
| Norma Jeffers and Eddie Jeffers, | 4:08-cv-3843 |
| Diana Johnson, | 4:08-cv-3844 |
| The Estate of Elsie Johnson, | 4:08-cv-3845 |
| | |
| Sylvia Johnson and Delbert Johnson, | 4:08-cv-3846 |
| Twila Jordan and Randy Jordan, | 4:08-cv-3847 |
| Jan Karnes, Executrix of the Estate of Dorothy Byrd, | 4:08-cv-3874 |
| Joyce Kasey, | 4:08-cv-3848 |
| Nancy Kassay and Charles Kassay, | 4:08-cv-3875 |

| | |
|---|---|
| Connie Kay and Garry E. Kay, | 4:08-cv-3616 |
| Fannie Keith and Edward Keith, | 4:08-cv-3849 |
| Margaret Kellar, | 4:08-cv-3850 |
| The Estate of Wilma Kelly | 4:08-cv-3851 |
| Judy Kerns, | 4:08-cv-3852 |
| | |
| Gladys Kessinger, | 4:08-cv-3853 |
| Carolyn Kimball and James Kimball, | 4:08-cv-3854 |
| Anna King and Samuel King, | 4:08-cv-3855 |
| Cylinda King and Larry King, | 4:08-cv-3856 |
| Jean King, | 4:08-cv-3857 |
| | |
| Billie Kinser, | 4:08-cv-3858 |
| Shirley Kittle and Ronald L. Kittle, | 4:08-cv-3859 |
| Cheryle Knight and Robert C. Knight, | 4:08-cv-3860 |
| Virginia Knight and Jimmie Knight, | 4:08-cv-3861 |
| Janet Koon, | 4:08-cv-3862 |
| | |
| Susan Kozielec, Executrix of the Estate of Julia Miller, | 4:08-cv-3863 |
| Wanda Lamb, | 4:08-cv-3864 |
| The Estate of Dorothy Lambert | 4:08-cv-3865 |
| Ellen Lambert and Marvin Lambert, | 4:08-cv-3866 |
| Deborah Lane and Nelson A. Lane, | 4:08-cv-3867 |
| | |
| Mary Lane and Glen Lane, | 4:08-cv-3868 |
| Helen Lanham and Larry Lanham, | 4:08-cv-3869 |
| Janice Lawrence, | 4:08-cv-3870 |
| Joann Layfield and Rex Layfield, | 4:08-cv-3876 |
| Dorothy Layton and Robert Layton, | 4:08-cv-3871 |
| | |
| Johnnie Lee Executor of the Estate of Maxine Lee, | 4:08-cv-3872 |
| Mary Lemaster, | 4:08-cv-3873 |
| Betty Lemasters, | 4:08-cv-3877 |
| Polly Lester and Jimmy Lester, | 4:08-cv-3879 |
| Arlene Lester-Houston and Jimmy G. Houston, | 4:08-cv-3878 |
| | |
| Sylvia Underwood-Lewis and Forest E. Lewis, | 4:08-cv-3880 |
| Dorothy Lieving and William Lieving, | 4:08-cv-3881 |
| Elizabeth Linkous, | 4:08-cv-3882 |
| Joyce Lively and Archie Lively, | 4:08-cv-3884 |
| Shelva Lockhart, | 4:08-cv-3883 |
| | |
| Linda Logan and Worthy Logan, | 4:08-cv-3888 |
| Deloris Logue, | 4:08-cv-3885 |
| Katherine Long, | 4:08-cv-3886 |
| Alice Looman, | 4:08-cv-3887 |
| Patricia Lovejoy, | 4:08-cv-3889 |